■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE COOPER, Appellant. (Appeal No. 2.) [642 NYS2d 851] —Judgment unanimously affirmed. Same Memorandum as in *People v Cooper*, 226 AD2d 1115 [decided herewith]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Criminal Facilitation, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.